# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 18-cv-01962-RM-KMT

KIM MILLBROOK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SPITZ, Assistant Warden,
MURTON, Lieutenant,
COLLINS, Correctional Officer, and
COCHRAN, Correctional Officer,

    Defendants.

---

## ORDER OF CONSOLIDATION
---

    This matter is before the Court on Defendants' Amended Motion to Consolidate (ECF No. 42). Defendants seek to consolidate the above-captioned matter with *Millbrook v. United States*, No. 18-cv-02667-RM-KMT, because the actions concern a common question of fact. Plaintiff does not need to respond to the motion. Pursuant to Fed. R. Civ. P. 42(a), the Court finds that both actions involve common questions of law or fact, including common parties and common claims, before this Court. The Court further finds that consolidation of these two actions will avoid unnecessary costs and delays and will promote judicial efficiency.

    It is therefore ORDERED that

(1) the following actions are consolidated for all purposes, and future filings in any of these actions shall contain the caption as set forth above and shall be docketed under the case number 18-cv-01962-RM-KMT:  18-cv-01962-RM-KMT and 18-cv-02667-RM-KMT;

(2) Defendants' previously filed motion to consolidate (ECF No. 40 in 18-cv-01962-RM-KMT) is DENIED AS MOOT;

(3) Defendants' pending motions of extensions of time (ECF No. 38 in 18-cv-1962-RM-KMT; ECF No. 16 in 18-cv-02667-RM-KMT) are GRANTED, and Defendants are ORDERED to respond to the operative complaints on or before April 4, 2019; and

(4) this order shall also be filed in Civil Action No. 18-cv-02667-RM-KMT.

DATED this 14th day of March, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge