IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | March 28, 2025 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Erin Valenti |

| | |
|---|---|
| Civil Action No. **1:18-cv-02667-GPG-MDB** | Counsel: |
| KIM MILLBROOK, | Cheyenne A.E. Moore |
| | Kimberley Motley |
| Plaintiff, | |
| v. | |
| USA, | Katherine Ann Ross |
| | Nicholas Albert Deuschle |
| Defendants. | |

## COURTROOM MINUTES

**VIDEO STATUS CONFERENCE**

**8:03 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding dismissing claims without prejudice, pro se case and will need Defendant present.

**8:05 a.m.     Court in recess. Hearing concluded.**
Total time in court: 00:02 Minutes